abide event. *Held*, that the testimony tending to show that the defendant was indemnified was immaterial and inadmissible, and it may have affected the defendant unfavorably. HARDIN, J., not sitting.

JOHN E. BARNUM, APPELLANT, *v.* FRANCIS W. GILBERT, RESPONDENT.

Judgment and order of Monroe County Court reversed, and a new trial granted in that court, costs to abide event. *Held*, that the case should have been submitted to the jury.

MARGARET VALIQUETTE, RESPONDENT, *v.* THE CITY OF BUFFALO, APPELLANT.

Order denying new trial affirmed.

MOSES MURPHY, AS ADMINISTRATOR, ETC., RESPONDENT, *v.* DENNIS HAYES, APPELLANT.

Judgment and order affirmed.

POLLY GRAVES, RESPONDENT, *v.* WELCOME WHITE AND ANOTHER, APPELLANTS.

Judgment affirmed.

Opinion by TALCOTT, P. J.

EARLE S. BATCHELLER, RESPONDENT, *v.* JOEL A. HALLADAY AND OTHERS, APPELLANTS.

Order denying motion to set aside sale, etc., affirmed, with $10 costs, and disbursements. HARDIN, J., not voting.

EARLE S. BATCHELLER, RESPONDENT, *v.* JOEL A. HALLADAY AND OTHERS, APPELLANTS.

Order of Lewis County Court denying motion to set aside the judgment for deficiency herein, the execution issued thereon and the proceedings to enforce the same reversed, with $10 costs, and disbursements; and said motion granted, with $10 costs, and the proceedings remitted to said court with directions to grant said motion.